| | |
|---|---|
| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON |
| EVANS L MADISON SR,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | CASE NO. 2:16-CV-01839-DWC<br><br>ORDER ON STIPULATED MOTION FOR EQUAL ACCESS TO JUSTICE ACT FEES, EXPENSES AND COSTS |

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. *See also* Consent to Proceed before a United States Magistrate Judge, Dkt. 8. This matter is before the Court on Plaintiff's "Stipulated Motion for EAJA Fees and Costs." Dkt. 21

Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA"), the Stipulation of the parties (Dkt. 21), attorney time itemization (Dkt. 21-4), and the relevant record, the Court orders EAJA attorney's fees of $6,146.49, expenses of $3.43 (postage) and costs, pursuant to 28 U.S.C. § 1920, of $32.30 (photocopies), for a total of $6,182.22 ("EAJA Award") be awarded to Plaintiff. *Astrue v. Ratliff*, 560 U.S. 586, 591–97 (2010).

The Acting Commissioner shall contact the Department of Treasury after this Order is entered to determine if the EAJA Award is subject to any offset. If the U.S. Department of the Treasury verifies to the Office of General Counsel that Plaintiff does not owe a debt, the government will honor Plaintiff's assignment of EAJA Award and pay the EAJA Award directly to Elie Halpern, Plaintiff's counsel. If there is an offset, any remainder shall be made payable to Plaintiff, based on the Department of the Treasury's Offset Program and standard practices, and the check shall be mailed to Plaintiff's counsel, Elie Halpern, Halpern Olivares PLLC, 1800 Cooper Pt. Road SW, Bldg. 19, Olympia, WA 98502.

Dated this 21st day of June, 2017.

David W. Christel
United States Magistrate Judge